

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellant

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

On November 5, 2014, appellee filed a Motion to Increase Supersedeas Bond from $45,721.05 as set by the trial court to $914,421.30. After considering the motion, response, and reply, we DENY the motion.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court